# EXHIBIT 1

Int. Cl.: **39**

Prior U.S. Cls.: **100 and 105**

**United States Patent and Trademark Office**

Reg. No. **3,504,730**
Registered **Sep. 23, 2008**

## SERVICE MARK
### PRINCIPAL REGISTER

# SMOKY MOUNTAIN

TRIPLE T ENTERPRISES, INC. (IDAHO CORPORATION)
408 EAST 41ST STREET
BOISE, ID 83714

FOR: DELIVERY OF FOOD, NAMELY, GRILLED FOOD, PIZZA, PASTA AND SANDWICHES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 2-1-1992; IN COMMERCE 2-1-1992.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,879,076, 3,402,972 AND OTHERS.

SER. NO. 77-399,179, FILED 2-17-2008.

MICHAEL GAAFAR, EXAMINING ATTORNEY



# SMOKY MOUNTAIN

| | |
|---|---|
| **Reg. No. 4,066,616** | TRIPLE T ENTERPRISES (IDAHO CORPORATION) |
| **Registered Dec. 6, 2011** | 408 EAST 41ST STREET<br>BOISE, ID 83714 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES, RESTAURANTS FEATURING IN RESTAURANT DINING, HOME DELIVERY, CATERING AND FOOD CARRY OUT SERVICES; PROVIDING OF BEVERAGES; PREPARATION OF FOOD, NAMELY, GRILLED FOOD, PIZZA, PASTA AND SANDWICHES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 2-1-1992; IN COMMERCE 2-1-1992. |
| | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 2,841,465, 3,504,730 AND OTHERS. |
| | SER. NO. 85-297,280, FILED 4-17-2011. |
| | MARGARET POWER, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



| | |
|---|---|
| **Reg. No. 4,066,711** | TRIPLE T ENTERPRISES (IDAHO CORPORATION) <br> 408 EAST 41ST STREET |
| **Registered Dec. 6, 2011** | BOISE, ID 83714 |
| **Int. Cl.: 43** | FOR: RESTAURANT SERVICES, RESTAURANTS FEATURING IN RESTAURANT DINING, HOME DELIVERY, CATERING AND FOOD CARRY OUT SERVICES; PROVIDING OF BEVERAGES; PREPARATION OF FOOD, NAMELY, GRILLED FOOD, PIZZA, PASTA AND SANDWICHES, IN CLASS 43 (U.S. CLS. 100 AND 101). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 2-1-1992; IN COMMERCE 2-1-1992. |
| | OWNER OF U.S. REG. NOS. 2,841,465, 3,504,730 AND OTHERS. |
| | THE MARK CONSISTS OF THE WORDS "SMOKY MOUNTAIN" ARE IN THE FOREGROUND AND THE OUTLINE OF MOUNTAINS ARE IN THE BACKGROUND. |
| | SER. NO. 85-300,477, FILED 4-20-2011. |
| | MARGARET POWER, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,576,502**  
**Registered July 29, 2014**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

TRIPLE T ENTERPRISES, INC. (IDAHO CORPORATION)
408 EAST 41ST STEET
BOISE, ID 83714

FOR: BARBECUE SAUCE; BARBEQUE SAUCE, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-19-2013; IN COMMERCE 12-19-2013.

OWNER OF U.S. REG. NOS. 3,402,972, 4,066,616, AND OTHERS.

THE MARK CONSISTS OF THE WORDS "SMOKY MOUNTAIN" IN THE FOREGROUND WITH A MOUNTAIN SHAPE DESIGN IN THE BACKGROUND.

SN 85-738,726, FILED 9-26-2012.

EMILY CHUO, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

Reg. No. 3,402,972

## United States Patent and Trademark Office
Registered Mar. 25, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



TRIPLE T ENTERPRISES, INC. (IDAHO CORPORATION)
408 EAST 41ST STREET
BOISE, ID 83714

FOR: DELIVERY OF FOOD, NAMELY, GRILLED FOOD, PIZZA, PASTA AND SANDWICHES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 5-30-2006; IN COMMERCE 5-30-2006.

OWNER OF U.S. REG. NOS. 2,841,465, 2,879,077, AND OTHERS.

SN 78-527,279, FILED 12-5-2004.

ROBIN CHOSID, EXAMINING ATTORNEY

Int. Cl.: **43**

Prior U.S. Cls.: **100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,325,864**
Registered Oct. 30, 2007

## SERVICE MARK
PRINCIPAL REGISTER



TRIPLE T ENTERPRISES, INC. (IDAHO CORPORATION)
408 EAST 41ST STREET
BOISE, ID 83714

FOR: PREPARATION OF FOOD, NAMELY GRILLED FOOD, PIZZA, PASTA AND SANDWICHES, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 5-30-2006; IN COMMERCE 5-30-2006.

OWNER OF U.S. REG. NOS. 2,879,076, 2,879,077, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZERIA GRILL", APART FROM THE MARK AS SHOWN.

SN 78-522,306, FILED 11-23-2004.

ANTHONY RINKER, EXAMINING ATTORNEY

Int. Cl.: **43**

Prior U.S. Cls.: **100 and 101**

**United States Patent and Trademark Office**

Reg. No. **3,395,799**
Registered Mar. 11, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



TRIPLE T ENTERPRISES, INC. (IDAHO CORPORATION)
408 EAST 41ST STREET
BOISE, ID 83714

FOR: RESTAURANTS, RESTAURANTS FEATURING HOME DELIVERY, AND CATERING, IN CLASS 43 (U.S. CLS. 100 AND 101).

FIRST USE 5-30-2006; IN COMMERCE 5-30-2006.

OWNER OF U.S. REG. NOS. 2,879,076 AND 2,879,077.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZERIA GRILL", APART FROM THE MARK AS SHOWN.

SN 78-522,308, FILED 11-23-2004.

LEIGH LOWRY, EXAMINING ATTORNEY

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

United States Patent and Trademark Office

Reg. No. 3,402,971
Registered Mar. 25, 2008

## SERVICE MARK
### PRINCIPAL REGISTER



TRIPLE T ENTERPRISES, INC. (IDAHO CORPORATION)
408 EAST 41ST STREET
BOISE, ID 83714

FOR: DELIVERY OF FOOD, NAMELY, GRILLED FOOD, PIZZA, PASTA AND SANDWICHES, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 5-30-2006; IN COMMERCE 5-30-2006.

OWNER OF U.S. REG. NOS. 2,841,465, 2,879,077, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "PIZZERIA GRILL", APART FROM THE MARK AS SHOWN.

SN 78-522,303, FILED 11-23-2004.

ROBIN CHOSID, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

## SMOKY MOUNTAIN

**Reg. No. 5,891,321**  
**Registered Oct. 22, 2019**  
**Int. Cl.: 30**  
**Trademark**  
**Principal Register**

Triple T Enterprises, Inc. (IDAHO CORPORATION)
408 East 41st Street
Boise, IDAHO 83714

CLASS 30: Barbecue sauce; Barbeque sauce

FIRST USE 12-19-2013; IN COMMERCE 12-19-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3504730, 4066616, 4576502

SER. NO. 88-401,100, FILED 04-24-2019



Director of the United States
Patent and Trademark Office