# EXHIBIT 2



PROMOTIONS    CHICKEN    SANDWICHES    MEALS    $5 FILL UPS    SIDES    CLASSICS    DESSERTS    DRINKS    SAUCES



# A MOUNTAIN OF EATIN' AWAITS!

Our Smoky Mountain BBQ brings the sweet, smoky flavors of Southern BBQ to Kentucky! Available in tenders, Chicken Littles™, and Extra Crispy™ chicken, it's crispy on the outside, tender on the inside, and delicious on every side. Try it in a Smoky Mountain BBQ basket today with your choice of Extra Crispy™ chicken or Extra Crispy™ tenders, mashed potatoes, biscuit, and pickles!

Available at participating KFC restaurants. Prices may vary. Tax extra.







EXTRA CRISPY™ CHICKEN             EXTRA CRISPY™ TENDERS             CHICKEN LITTLES™