# EXHIBIT 3



# Smoky Mountain® PIZZERIA GRILL

## HAPPY HOUR: 3 TO 5:30 EVERY DAY
Join us seven days a week for appetizer and drink specials.



THE MOTHERLODE

## STARTERS & SMALL PLATES

**BRIE KISSES**
Tender bites of brie cheese wrapped in puff pastry, baked golden brown, and served with a boysenberry-jalapeño jam. Prepare to be kissed! 8.99

**BONELESS WINGS**
Tender bites of crispy chicken served buffalo style with your choice of Hot & Spicy or Honey BBQ sauce. 9.99

**CRISPY CHICKEN THAI ROLLS**
Crispy fried spring rolls filled with seasoned chicken, snow peas, crunchy bean sprouts, red onions, and red peppers. Served with spicy peanut dipping sauce. 8.99

**FRIED MOZZARELLA**
Mozzarella cheese rolled in Italian bread crumbs, and fried golden brown. Served with our marinara sauce. 8.99

**SPINACH & ARTICHOKE DIP**
A warm blend of spinach, artichoke hearts, cream cheese and Parmesan. Served with our housemade flatbread. 8.99

**NEW THE MOTHERLODE**
All your favorites in one great appetizer. Brie Kisses, Spinach and Artichoke dip, Mozzarella sticks, and Garlic Parmesan Fries. 12.99

**NEW SPICY PEANUT CHICKEN FLATBREAD**
Tender marinated chicken, red bell peppers, green onions, teriyaki cashews, a drizzle of spicy peanut sauce and our three-cheese blend. 8.79

**GARLIC PARMESAN FRIES**
Served with housemade chipotle dipping sauce. 4.29

**GARLIC BREAD**  Sm. 2.29  Lg. 3.99

**GARLIC CHEESE BREAD**  Sm. 3.29  Lg. 5.99

**Toppers:** Add your favorite pizza topping to your cheese bread for only .80 each for a Small or 1.80 each for a Large.

*Add hot marinara sauce for dipping!* 1.99



"HEARTS ON FIRE" GRILLED CHICKEN SALAD

# ENTRÉE SALADS

### "HEARTS ON FIRE" GRILLED CHICKEN SALAD
Grilled hearts of romaine topped with a marinated chicken breast, balsamic drizzle, bleu cheese crumbles, toasted pine nuts, and crispy applewood smoked bacon. Comes with a housemade herbed flat bread. 12.99

### INSALATA NAPOLI
Fresh spinach, artichoke hearts, crispy applewood smoked bacon, red onions, red bell peppers and roma tomatoes, tossed with penne pasta, grilled chicken, and a balsamic vinaigrette. Topped with feta cheese. 11.99

### GRILLED SALMON SALAD
Grilled Atlantic salmon fillet glazed with housemade pineapple chipotle sauce. Served on mixed greens with a sweet mango vinaigrette, red onions, red bell peppers, feta, and oranges. 15.59

### SESAME CHICKEN SALAD
Mixed salad greens, grilled chicken breast, crunchy carrots, cilantro, cashews, green onions, crisp wonton skins, and red bell peppers. Served with toasted sesame dressing. 11.99

### GRILLED CHICKEN CAESAR SALAD
Classic Caesar Salad served with seasoned grilled chicken breast and herbed flatbread. 11.79

### SMOKY'S HOUSE SALAD
Crisp iceberg and romaine lettuce, tomatoes, olives, mushrooms, feta cheese, and our signature house dressing. 5.99

### CAESAR SALAD
Chopped romaine lettuce, red onion, Parmesan cheese, croutons, and traditional Caesar dressing. 5.99

### SIDE SALAD (WITH ENTRÉE OR PIZZA)
House or Caesar Salad 3.99

# SANDWICHES   10.79

All sandwiches are served with **SHOESTRING FRIES.** Upgrade to **GARLIC PARMESAN FRIES** or **SIDE SALAD** for .99



### PHILLY CHEESESTEAK
Tender roast beef with grilled peppers and onions on a toasted French roll. **Now even better** with sautéed mushrooms, cheddar cheese and our creamy horseradish sauce.

### FRENCH DIP
Thinly sliced roast beef topped with caramelized red onions and provolone cheese on a toasted French roll and served with Au Jus. **Now even better** with our creamy horseradish sauce.

### GRILLED CHICKEN CAPRESE
Tender chicken topped with fresh mozzarella, red onion, tomatoes, fresh basil, balsamic vinaigrette and mayo **on toasted ciabatta.**

### SMOKED TURKEY CLUB
Applewood smoked bacon, Swiss cheese, tomatoes, red onions, mixed greens, chipotle mayo, and Italian Vinaigrette **on toasted ciabatta.**

### TURKEY APPLE BRIE
Roasted turkey with grilled apple, raspberry-red onion jam, mayo and creamy brie cheese **on toasted ciabatta.**



TRAIL CREEK BURGER

# BURGERS

Our 1/3 pound burgers are grilled medium and topped with mayo on a toasted French bun. Served with **SHOESTRING FRIES.** Upgrade to **GARLIC PARMESAN FRIES** or **SIDE SALAD** for .99
**MAKE IT A DOUBLE** and add a patty for $2 more!

### SMOKIN' HOUSE BURGER™
Grilled and topped with lettuce, tomato, onion and mayo on a toasted French bun. 9.29
Add cheese .50  Add applewood smoked bacon 1.50

### NEW "SWEET + CRUNCHY" CANDIED JALAPENO & BACON BURGER
Fresh jalapenos and Applewood smoked bacon, candied on the grill, with swiss cheese and crispy onion straws. 10.29

### TRAIL CREEK BURGER
Stacked with crispy applewood smoked bacon, cheddar cheese, onion strings, house mayo, and Honey BBQ sauce. 10.29

### THE SMOKEHOUSE PIZZA

Featuring hickory smoked tomatoes, smoked gouda, Italian sausage and caramelized red onions.

## PIZZA
**NEW** Now even better with Parmesan baked crust!

8" PERSONAL 7.75 - 12" MEDIUM 17.50 - 14" LARGE 21.50 - 16" XL 25.25

Your choice of crust ORIGINAL HAND TOSSED or THIN & CRISP. *GLUTEN FREE 10" (priced as a medium-size pizza).
Choose your sauce! TRADITIONAL TOMATO SAUCE, BASIL PESTO, or CREAMY GARLIC.

**KETCHUM COMBO™**
Pepperoni, mushrooms, onions, bell peppers and olives.

**THE SMOKY**
Pepperoni, bell peppers, red onions, tomatoes, jalapeños and garlic.

**CARNIVORE COMBO**
Pepperoni, Canadian bacon, Italian sausage, and applewood smoked bacon. A meat lover's paradise!

**THE ULTIMATE**
Pepperoni, Canadian bacon, mushrooms, onions, bell peppers, olives and Italian sausage.

**PRIMAVERA**
Broccoli, zucchini, onions, red and green peppers, mushrooms, and tomatoes.

**SANTA CRUZ BBQ**
Creamy garlic sauce, fresh mushrooms, smoked gouda cheese, spicy jalapeños, applewood smoked bacon, and BBQ chicken.

**WHITE CLOUD**
Creamy garlic sauce with marinated chicken, artichoke hearts, roma tomatoes, mushrooms and fresh garlic.

**GARLIC CHICKEN**
Chicken, mushrooms, roma tomatoes, red onions and garlic.

**MEDITERRANEAN**
Pesto-tomato sauce, artichoke hearts, red onions, Greek olives, roma tomatoes and feta cheese.

**VALLEY VEG**
Mushrooms, onions, bell peppers, olives and tomatoes.

**THE SMOKEHOUSE PIZZA**
Hand tossed dough with an olive oil glaze, and a Parmesan dusted crust. Topped with smoked gouda, hickory smoked tomatoes, caramelized red onions, Italian sausage, and our house blend of cheeses.



PRIMAVERA PIZZA

### BUILD YOUR OWN

|  | 8" PERSONAL | 12" MEDIUM | 14" LARGE | 16" XL |
|---|---|---|---|---|
| **SERVES** | (1) | (2-3) | (3-4) | (5-6) |
| **CHEESE** | 5.25 | 12.25 | 14.25 | 16.25 |
| **TOPPINGS** | .80 | 1.80 | 2.20 | 2.40 |

**YOUR CHOICE OF TOPPINGS:**

| | | |
|---|---|---|
| ANCHOVIES | FRESH CILANTRO | PEPPERONI |
| ANDOUILLE SAUSAGE | FRESH GARLIC | PESTO |
| APPLEWOOD SMOKED BACON | FRESH TOMATOES | PINE NUTS |
| ARTICHOKE HEARTS | GREEK OLIVES | PINEAPPLE |
| BLACK OLIVES | GREEN PEPPERS | RED ONIONS |
| BROCCOLI | ITALIAN MEATBALLS | RED PEPPERS |
| CANADIAN BACON | ITALIAN SAUSAGE | RICOTTA |
| CHICKEN | JALAPEÑOS | ROMA TOMATOES |
| FETA | MUSHROOMS | SHRIMP |
| FRESH BASIL | ONIONS | SMOKED GOUDA |
| | | SPINACH |
| | | SUN-DRIED TOMATOES |

NOW AVAILABLE: HICKORY SMOKED TOMATOES

## CALZONES  11.99
Served with **HOT MARINARA SAUCE.**

Start with your choice of toppings. We add ricotta, mozzarella, provolone, white cheddar cheese and tomato sauce, then bake the pastry until golden brown.

\* We are proud to offer a selection of gluten-free options for those guests who are gluten intolerant. While we do take extra steps to prevent cross contamination of gluten, due to the nature of our business we cannot guarantee a 100% gluten-free product.

\* Menu items may contain or come into contact with WHEAT, EGGS, PEANUTS, TREE NUTS, and MILK. Please be aware that we use common fryer oil. Due to these circumstances, we are unable to guarantee that any menu item can be completely free of allergens. For more information, please speak with a manager.



CHIMICHURRI STEAK & SCAMPI

# FROM THE GRILL

**SALMON RUSTICA**
Grilled Atlantic salmon fillet topped with basil pesto, caper and dill aioli. **CHOICE OF SIDE:** A grilled romaine heart salad OR penne pasta with a smoky tomato cream sauce. 16.59

**NEW 8oz FLAT IRON STEAK**
Served on crispy onion strings and topped with a smoked tomato bacon sauce. **CHOICE OF SIDE:** A grilled romaine heart salad OR penne pasta with a smoky tomato cream sauce. 17.99

**NEW CHIMICHURRI STEAK & SCAMPI**
8oz Flat Iron steak topped with homemade chimichurri sauce with our classic shrimp scampi linguine. 19.99

**GRILLED SALMON PASTA**
Grilled Atlantic salmon with a caper dill aioli and linguine tossed with a light sauce of lemon, fresh herbs, green onions, grilled kale, sundried tomatoes and Parmesan cheese. 15.59

# SAUTÉED PASTAS

**SERVED WITH WARM GARLIC BREAD.**

**TERIYAKI CHICKEN FETTUCCINE**
Chicken breast and fresh veggies tossed in a creamy teriyaki sauce with fettuccine noodles. Primo 13.59  Presto 9.99

**RAGIN' CAJUN**
Andouille sausage, red and green peppers, red onion, and linguine in a spicy Cajun cream sauce. Primo 13.59  Presto 9.99

**SPICY CHICKEN LINGUINE**
Marinated chicken, white onions, garlic, crushed red chilies, spinach, Parmesan cheese, fresh basil, tomatoes, and linguine. Primo 13.59  Presto 9.99

**FETTUCCINE ALFREDO**
Freshly grated Parmesan cheese, garlic and cream. Served with your choice of chicken, vegetables or both. Primo 13.59  Presto 9.99

**GREEK PENNE**
Marinated chicken breast, tomatoes, artichoke hearts and fresh spinach tossed with penne pasta, feta cheese, and a fresh herb citrus cream sauce. Primo 13.59  Presto 9.99

**CHEESE TORTELLINI**
Cheese tortellini tossed with Alfredo, marinara sauce, or a combination of both. 13.59



GRILLED SALMON PASTA

**ANGEL HAIR SAUTÉ**
Olive oil, fresh garlic, house marinara sauce, basil and roma tomatoes tossed with angel hair pasta. 10.99

**SHRIMP SCAMPI LINGUINE**
Shrimp, mushrooms, tomatoes, garlic butter, dill, capers and green onions. 13.99

**NEW HICKORY SMOKED SALMON PASTA**
Tender pieces of house smoked salmon tossed with linguine, fresh tomatoes, lemon, and dill in a white wine cream sauce. Topped with green onions, parmesan cheese and Applewood smoked bacon. 15.59

# BAKED PASTAS

**SERVED WITH WARM GARLIC BREAD.**

**SONOMA CHICKEN**
Marinated chicken and penne pasta tossed with white wine, mushrooms, green onions, and a sun-dried tomato cream sauce. Topped with Parmesan cheese. Primo 13.59  Presto 9.99

**BAKED SPAGHETTI WITH ITALIAN MEATBALLS**
Noodles and marinara sauce topped with meatballs, provolone, white cheddar and mozzarella. Primo 12.99  Presto 9.99

**CHICKEN PESTO PARMIGIANA**
Breaded chicken breasts smothered with marinara sauce, drizzled with pesto and ricotta cheese, then oven baked with provolone and Parmesan cheese. Served over a bed of linguine. Primo 13.59  Presto 10.29

**LASAGNA**
Layers of pasta, ricotta cheese and meat sauce, topped with mozzarella, white cheddar and provolone. 10.99

**CHIPOTLE SHRIMP AND PENNE**
Tender shrimp tossed with chipotle peppers, applewood smoked bacon, mushrooms, green onion, and tomatoes in a creamy white wine sauce and penne pasta. Topped with Parmesan cheese. 14.29

# KIDS MENU  5.99

For children 12 & under. All meals come with **TEDDY GRAHAMS™** & your choice of **SHIRLEY TEMPLE, ROY ROGERS, SOFT DRINK** or **MILK**. Add a **FRESH SALAD** or **ORANGE SLICES** & **PINEAPPLE TIDBITS** to any meal for .89.

**PERSONAL PIZZA**
Cheese, Pepperoni, Hawaiian or Veggie.

**MAC & CHEESE**
Every kid's favorite.

**TORTS FOR TOTS**
Cheese tortellini with marinara sauce. Add .50 for Alfredo sauce.

**YUMMY WAFFLE CHICKENLICIOUS!**
Crispy chicken bites and golden waffles, topped with maple syrup. Yummy!

**P'SGHETTI**
With marinara sauce or butter.

**MEATBALL SLIDERS**
Tasty meatballs in a French roll. Smothered in marinara sauce and cheese.

**GRILLED CHICKEN SALAD**
Tender grilled chicken breast on a bed of iceberg lettuce. Topped with croûtons, black olives, our three cheese blend, and served with ranch dressing.



**KIDS, MAKE YOUR OWN PIZZA**  6.99
Let your child experience the fun of making his or her own pizza! The Pizza Palette comes with hand-tossed dough, pizza sauce, cheese, and choice of two toppings. Let the experience begin!


KID TESTED - KID APPROVED!

# DESSERTS

**NEW THE GRAND CHOCOLATE CAKE**
Dark Chocolate cake layered with Milk Chocolate Mousse and topped with chocolate ganache. Served with vanilla bean ice cream, whipped cream, and a drizzle of chocolate sauce. The perfectly sharable dessert! 8.99

**DOUBLE BERRY CHEESECAKE**
Creamy house-made cheesecake topped with a sweet strawberry glaze, blackberries and whipped cream. 7.59

**CINNAMON APPLE CRISP**
Traditional apple dessert served warm and topped with ice cream. 8.59

**SMOKY'S ICE CREAM PIE IN THE SKY**
Seasonal ice cream flavors and toppings with a cookie crumble pie crust, finished with whipped cream and a drizzle of sauce. 7.59

**BLACKBERRY CRÈME BRÛLÉE**
A creamy, chilled custard over blackberries, finished with a caramelized sugar glaze. 7.29

**SHAKES & MALTS**
Premium ice cream with your choice of flavors! 4.99

**THE SUNDAE**
One scoop topped with whipped cream, chocolate sauce and a cherry! 2.79

**OLD-FASHIONED SODAS**
Chocolate, strawberry or vanilla. 3.79

# BEVERAGES

**NEW MOUNTAIN SPRITZERS – SEASONAL FLAVORS**  2.89
**BOTTOMLESS SOFT DRINKS AND ICED TEA**  2.89
**LEMONADE**  2.89
**HOT COFFEE AND TEA**  2.29
**HOT CHOCOLATE AND CIDER**  2.29
**MILK**  1.99
**JUICE**  2.19

# SIDES

**MARINARA SAUCE**  1.99
**DRESSING**  .79
**ALFREDO SAUCE**  2.29
**SHOESTRING FRIES**  1.99
**GARLIC PARMESAN FRIES**  4.29
Served with housemade chipotle dipping sauce.
**HERB PARMESAN FLAT BREAD**
Sm. 1.59  Lg. 2.89





## OUR ENTIRE MENU IS AVAILABLE FOR TAKEOUT AND DELIVERY

Catering is available for all of your important events or special occasions. • Please ask for one of our catering menus for further details. • There is a $1.00 charge for all split orders. • Gift Cards available in any amount. • Prices and ingredients subject to change. • We accept Visa, Mastercard, Discover, American Express and cash. • Parties of eight or more are subject to an 18% gratuity; we ask the same of parties wishing separate checks. • If you have not been provided with a Customer Comment Card, please ask for one. • Consuming raw or undercooked meat, seafood or egg products can increase your risk of food-borne illness. • Thank You!



**TRAIL CREEK BURGER & FRIES**

# Simply Lunch

## WHAT A VALUE!
### LUNCH SPECIALS INCLUDE A DRINK

LUNCH COMBINATIONS SERVED UNTIL 4:00 PM DAILY
Please refer to regular menu for further item descriptions

# HAND-TOSSED PIZZA

**PRIMO**
A personal size hand-tossed pizza with your choice of up to four toppings. Also included is a House or Caesar salad, plus your choice of a Refreshing Seasonal Mountain Spritzer, Freshly Brewed Iced Tea or Bottomless Soda. 10.59

**PRESTO**
A personal size hand-tossed pizza with your choice of up to four toppings. Also included is your choice of a Refreshing Seasonal Mountain Spritzer, Freshly Brewed Iced Tea or Bottomless Soda. 9.59

# PASTA SPECIALS  11.29

Includes **HOT GARLIC BREAD,** your choice of **HOUSE** or **CAESAR SALAD** and **REFRESHING SEASONAL MOUNTAIN SPRITZER, FRESHLY BREWED ICED TEA** or **BOTTOMLESS SODA.**

**CHOOSE ONE OF THE FOLLOWING:**

| | |
|---|---|
| GREEK PENNE | PESTO & FETA CHEESE LINGUINE |
| BAKED SPAGHETTI | SPAGHETTI MARINARA |
| SONOMA CHICKEN | TERIYAKI CHICKEN FETTUCCINE |
| CHEESE TORTELLINI MARINARA | FETTUCCINE ALFREDO WITH CHICKEN, VEGETABLES OR BOTH |

# SANDWICHES & BURGERS  11.29

Includes your choice of **SIDE SALAD (HOUSE OR CAESAR)** or **FRIES (SHOESTRING OR GARLIC PARMESAN)** plus **REFRESHING SEASONAL MOUNTAIN SPRITZER, FRESHLY BREWED ICED TEA** or **BOTTOMLESS SODA.**

**FRENCH DIP**
Thinly sliced roast beef topped with caramelized red onions and provolone cheese on a toasted French roll and served with Au Jus. **Now even better** with our creamy horseradish sauce.

**SMOKED TURKEY CLUB**
Applewood smoked bacon, Swiss cheese, tomatoes, red onions, mixed greens, chipotle mayo, and Italian Vinaigrette **on toasted ciabatta.**

**TRAIL CREEK BURGER**
Stacked with crispy applewood smoked bacon, cheddar cheese, onion strings, house mayo, and Honey BBQ sauce.

**NEW "SWEET + CRUNCHY" CANDIED JALAPENO & BACON BURGER**
Fresh jalapenos and Applewood smoked bacon, candied on the grill, with swiss cheese and crispy onion straws.



| | | | |
|---|---|---|---|
| **1805 W. STATE STREET**<br>Boise, ID 83702<br>208-387-2727 | **415 E. PARKCENTER BLVD.**<br>Boise, ID 83706<br>208-429-0011 | **127 E. STATE STREET**<br>Eagle, ID 83616<br>208-939-0212 | **980 E. FAIRVIEW AVE.**<br>Meridian, ID 83642<br>208-884-1067 |
| **1011 N. MERIDIAN ROAD**<br>Kuna, ID 83634<br>208-922-2255 | **NAMPA SPECTRUM**<br>Nampa, ID 83651<br>208-461-7333 | **1465 AMERICAN LEGION BLVD.**<br>Mountain Home, ID 83647<br>208-587-2840 | **200 SUN VALLEY ROAD**<br>Ketchum, ID 83340<br>208-622-5625 |