# EXHIBIT 5

# Postmates

 

FAST FOOD

# KFC

🕐 40-55 MIN   📍 8440 W OVERLAND RD (3.7 MI)   ⓘ

 Popular Items

### Famous Bowl® Fill Up
A Famous Bowl® with a cookie and your choice of a medium drink.
$7.25

### Mac & Cheese
Elbow macaroni covered in a rich, creamy cheddar cheese sauce.
$3.29

### Mashed Potatoes & Gravy
Creamy mashed potatoes and our signature brown gravy.
$3.29

### 3 pc. Tenders Fill Up
Three Extra Crispy™ Tenders, one side of your choice, a biscuit, a cookie, your choice of a

dipping sauce, and a medium drink.

$6.60

### 5 pc. Tenders Box

Five Extra Crispy™ Tenders, two sides of your choice, a biscuit, two dipping sauces, and a medium drink.

$13.19

### Large Popcorn Nuggets

All white meat Popcorn Nuggets.

$7.95

### Nashville Hot Tenders Combo

Three or five piece tenders with Nashville Hot, a side of your choice, a biscuit, and a medium drink.

$8.59

### 8 Piece Meal

Eight pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™, four biscuits, and two large sides of your choice.

$31.69

### Potato Wedges

Crispy potatoes seasoned with a special blend of herbs and spices.

$3.29

### Crispy Colonel Combo

A Crispy Colonel Sandwich, available in Extra Crispy, Smoky Mountain BBQ, Georgia Gold, or Nashville Hot, one side of your choice, and a medium drink.

$8.59

## Bucket Meal

### 8 Piece Chicken

Eight pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$19.79

### 8 Piece Meal

Eight pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™, four biscuits, and two large sides of your choice.

$31.69

### 12 Piece Chicken

12 pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$32.99

### 12 Piece Meal

12 pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™, six biscuits, and three large sides of your choice.

$46.19

### 16 Piece Chicken

16 pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$39.59

### 16 Piece Meal

16 pieces of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™, eight biscuits, and four large sides of your choice.

$52.79

### 12 Chicken Tenders

12 Extra Crispy™ Tenders.

$21.15

### 12 Tenders Meal

12 Extra Crispy™ Tenders, four biscuits, and two large sides of your choice.

$31.69

### Tenders Share Meal

Six Extra Crispy™ Tenders, large potato wedges, and two dipping sauces.

$18.49

## Combos

### 2 pc. Drum & Thigh Combo

A drumstick & thigh, available in Original Recipe® or Extra Crispy™, one side of your choice, biscuit, a cookie, and a medium drink.

$7.25

### 2 pc. Breast & Wing Combo

A breast & wing, available in Original Recipe® or Extra Crispy™, a side of your choice, a biscuit, and a medium drink.

$8.59

### 3 pc. Chicken Combo

Three pieces of chicken available in Original Recipe® or Extra Crispy™, one side of your choice, biscuit, and a medium drink.

$11.25

### 4 pc. Chicken Combo

A breast, thigh, drum, & wing available in Original Recipe® or Extra Crispy™, one side of your choice, biscuit, and a medium drink.

$13.19

### Hot Wings™ Combo

Five hot wings, one side of your choice, biscuit, and a medium drink.

$9.25

### Tenders Combo

Four or five Extra Crispy™ Tenders, one side of your choice, a biscuit, your choice of a dipping sauce, and a medium drink.

$9.25

### Smoky Mtn. BBQ Tenders Combo

Three of five piece tenders with Smoky Mountain BBQ, a side of your choice, a biscuit, and a medium drink

$8.59

### Georgia Gold Tenders Combo

Three or five piece tenders with Georgia Gold Honey Mustard BBQ, a side of your choice, a biscuit, and a medium drink

$8.59

### Nashville Hot Tenders Combo

Three or five piece tenders with Nashville Hot, a side of your choice, a biscuit, and a medium drink.

$8.59

### Popcorn Nuggets Combo

Large Popcorn Nuggets with a side of your choice, a biscuit, and a medium drink.

$10.55

## Big Box Meals

### 3 pc. Chicken Box

Three pieces of chicken available in Original Recipe® or Extra Crispy™, two sides of your choice, a biscuit, and a medium drink.

$13.19

### Crispy Colonel Box

A Crispy Colonel Sandwich available in Extra Crispy, Smoky Mountain BBQ, Georgia Gold, or Nashville Hot, two sides of your choice, a biscuit, small popcorn nuggets, and a mediu…

$13.19

### 5 pc. Tenders Box

Five Extra Crispy™ Tenders, two sides of your choice, a biscuit, two dipping sauces, and a medium drink.

$13.19

## Signature Sandwiches

### Crispy Colonel Combo

A Crispy Colonel Sandwich, available in Extra Crispy, Smoky Mountain BBQ, Georgia Gold, or Nashville Hot, one side of your choice, and a medium drink.

or Nashville Hot, one side of your choice, and a medium drink.

**$8.59**

### Crispy Colonel Sandwich

A Crispy Colonel Sandwich available in Extra Crispy, ==Smoky Mountain== BBQ, Georgia Gold, or Nashville Hot.

**$5.29**

### Chicken Littles® Combo

Two Chicken Littles® available in Extra Crispy™, ==Smoky Mountain== BBQ, Georgia Gold, or Nashville Hot, a side of your choice, and a medium drink.

**$8.59**

### Chicken Little®

A Chicken Little® available in Extra Crispy, ==Smoky Mountain== BBQ, Georgia Gold, or Nashville Hot.

**$2.25**

## Fill Ups

### 3 pc. Tenders Fill Up

Three Extra Crispy™ Tenders, one side of your choice, a biscuit, a cookie, your choice of a dipping sauce, and a medium drink.

**$6.60**

### 1 Piece Breast Fill Up

A breast, available in Original Recipe® or Extra Crispy™, one side of your choice, a biscuit, a cookie, and a medium drink

**$6.60**

Famous Bowl® Fill Up

### Famous Bowl® Fill Up

A Famous Bowl® with a cookie and your choice of a medium drink.

$7.25

### Pot Pie Fill Up

Classic chicken pot pie with a cookie and your choice of a medium drink.

$7.25

### Crispy Colonel Fill Up

A Crispy Colonel Sandwich, one side of your choice, a cookie, and a medium drink.

$6.60

## Sides

### Mashed Potatoes & Gravy

Creamy mashed potatoes and our signature brown gravy.

$3.29

### Mac & Cheese

Elbow macaroni covered in a rich, creamy cheddar cheese sauce.

$3.29

### Mashed Potatoes (No Gravy)

Creamy mashed potatoes.

$3.29

### Cole Slaw

Freshly prepared in restaurant with cabbage, carrots, onion, and our signature dressing.

**$3.29**

### Whole Kernel Corn

Sweet yellow corn.

**$3.29**

### Gravy

Our signature brown gravy

**$3.29**

### Potato Wedges

Crispy potatoes seasoned with a special blend of herbs and spices.

**$3.29**

### 2 Biscuits

Warm, flaky, southern-style biscuits

**$1.99**

## A La Carte

### A La Carte Breast

One breast piece of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$3.95

### A La Carte Drum

One drum piece of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$2.49

### A La Carte Thigh

One thigh piece of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$2.49

### A La Carte Wing

One wing piece of our freshly prepared chicken, available in Original Recipe® or Extra Crispy™.

$1.99

### Large Popcorn Nuggets

All white meat Popcorn Nuggets.

$7.95

## Dessert

### Chocolate Chip Cookie

12 of our signature chocolate chip cookies.

$1.05

## Beverage

## Medium Beverage

$2.89

## Large Beverage

$3.15

# Condiments

## Honey Sauce

## Ketchup

## Hot Sauce

# Dipping Sauces

**Finger Lickin' Good Sauce**

$0.35

**Honey BBQ Sauce**

$0.35

**Buttermilk Ranch**

$0.35

## Other Options Nearby

All Fast Food Delivery In Boise ›



**Jack in the Box** ✓
$1.99 Delivery · 30-45 min

**Taco Bell** ✓ POPULAR
$3.99 Delivery · 30-45 min

**McDonald's** ✓
$3.99 Delivery · 30-45 min

**Chick-fil-A** ✓
$3.99 Delivery · 30-45 min

**Arby's** ✓
$3.99 Delivery · 35-50 min

**Wendy's**
30-45 min

**Sonic Drive-In**
30-45 min

**Bu...**
35-5...

| POSTMATES | MERCHANTS |
|---|---|
| About | Sell on Postmates |
| Careers | Restaurants |

Blog

Press & Media

Developers

API Docs

Civic Labs

Unlimited

Gift Cards

Pickup

Postmates Party

**FLEET**

Join the Fleet

**SUPPORT**

Customer Help

Fleet Help

Merchant Help

**CITIES**

Portland

Delivery Near Me

Takeout Near Me

Alcohol Delivery

**FOLLOW US**

Twitter

Facebook

Instagram

Snapchat

©2019 POSTMATES INC      TERMS      PRIVACY