Meredith Addy (*pro hac vice*)
AddyHart P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
(312) 320 4200
meredith@addyhart.com

Scott Tschirgi (ISB No. 4247)
Scott A. Tschirgi, Chartered
877 West Main Street, Suite 610
Boise, Idaho 83702
(208) 287-8200

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRIPLE T ENTERPRISES, INC., an Idaho corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>KFC CORPORATION., a Delaware corporation, GRUBHUB INC. a Delaware corporation, and POSTMATES INC., a Delaware corporation,<br><br>        Defendants. | Case No.  1:19-cv-511-REB<br><br>ANSWER TO COUNTERCLAIMS OF KFC AND GRUBHUB<br><br>Jury Trial Demanded |

1

| |
|---|
| KFC CORPORATION., a Delaware corporation and GRUBHUB INC. a Delaware corporation, <br><br>    Counterclaimants, <br><br>  v. <br><br>TRIPLE T ENTERPRISES, INC., an Idaho corporation, <br><br>    Counter-Defendant. |

### ANSWER TO COUNTERCLAIMS OF
### KFC CORPORATION AND GRUBHUB INC.

Plaintiff Triple T Enterprises, Inc. answers the counterclaims of Defendants KFC Corporation and Grubhub Inc. as follows:

### ANSWER TO KFC AND GRUBHUB COUNTERCLAIMS

### Nature of Action and Jurisdiction

1. Paragraph 1 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

2. Paragraph 2 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

3. Plaintiff admits the allegations in Paragraph 3 of Defendants KFC's and Grubhub's Counterclaims.

## Parties

4. Plaintiff admits the allegations in Paragraph 4 of Defendants KFC's and Grubhub's Counterclaims.

5. Plaintiff admits the allegations in Paragraph 5 of Defendants KFC's and Grubhub's Counterclaims.

6. Plaintiff admits the allegations in Paragraph 6 of Defendants KFC's and Grubhub's Counterclaims.

## Background

7. Plaintiff denies the allegations in Paragraph 7 of Defendants KFC's and Grubhub's Counterclaims.

8. Plaintiff denies the allegations in Paragraph 8 of Defendants KFC's and Grubhub's Counterclaims. Plaintiff admits that: (1) The Great Smoky Mountains is a mountain range located along the Tennessee – North Carolina border; (2) a geographic area within the Sawtooth National Forest is referred to as the Smoky Mountains; (3) a peak in Idaho is called Smoky Mountain and is located southwest of Almo, Idaho (Exh. 1); (4) a Smoky Mountain peak is located southwest of Mariposa, California (Exh. 2); (5) a Smoky Mountain is located in Kane County, Utah (Exh. 3); (6) a Smokey Mountain is located east of Great Bend Township, Pennsylvania (Exh. 4); (7) Old Smokey Mountain is located in the Kofa National Wildlife Refuge, Arizona (Exh. 5); Smokey Mountain is located in the

North Cascades of Washington State (Exh. 6); and (8) Smoky Mountains is a small range of mountains on the moon, located near the Apollo 16 landing site (Exh. 7).

9. Plaintiff denies the allegations in Paragraph 9 of Defendants KFC's and Grubhub's Counterclaims.

10. Plaintiff denies the allegations in Paragraph 10 of Defendants KFC's and Grubhub's Counterclaims. Plaintiff admits that its original location was called Smoky Mountain Pizza and Pasta.

11. Plaintiff denies the allegations in Paragraph 11 of Defendants KFC's and Grubhub's Counterclaims. Plaintiff admits Exhibit 1 is a print out from the Plaintiff's website.

12. Plaintiff denies the allegations in Paragraph 12 of Defendants KFC's and Grubhub's Counterclaims.

13. Plaintiff denies the allegations in Paragraph 13 of Defendants KFC's and Grubhub's Counterclaims.

14. Plaintiff denies the allegations in Paragraph 14 of Defendants KFC's and Grubhub's Counterclaims.

15. Plaintiff denies the allegations in Paragraph 15 of Defendants KFC's and Grubhub's Counterclaims.

**Plaintiff's Registrations**

I.     **Registration No. 3,504,730 (SMOKY MOUNTAIN in Class 39)**

16.     Plaintiff admits the allegations in Paragraph 16 of Defendants KFC's and Grubhub's Counterclaims.

17.     Plaintiff admits the allegations in Paragraph 17 of Defendants KFC's and Grubhub's Counterclaims.

II.     **Registration No. 4,066,616 (SMOKY MOUNTAIN in Class 43)**

18.     Plaintiff admits the allegations in Paragraph 18 of Defendants KFC's and Grubhub's Counterclaims.

19.     Plaintiff admits the allegations in Paragraph 19 of Defendants KFC's and Grubhub's Counterclaims.

III.     **Registration No. 4,066,711 (SMOKY MOUNTAIN & Design in Class 43)**

20.     Plaintiff admits the allegations in Paragraph 20 of Defendants KFC's and Grubhub's Counterclaims.

21.     Plaintiff admits the allegations in Paragraph 21 of Defendants KFC's and Grubhub's Counterclaims.

**IV.   Registration No. 4,576,502 (SMOKY MOUNTAIN & Design in Class 30)**

22. Plaintiff admits the allegations in Paragraph 22 of Defendants KFC's and Grubhub's Counterclaims.

23. Plaintiff admits the allegations in Paragraph 23 of Defendants KFC's and Grubhub's Counterclaims.

24. Plaintiff admits the allegations in Paragraph 24 of Defendants KFC's and Grubhub's Counterclaims.

**V.   Registration No. 5,891,321 (SMOKY MOUNTAIN in Class 30)**

25. Plaintiff admits the allegations in Paragraph 25 of Defendants KFC's and Grubhub's Counterclaims.

26. Plaintiff admits the allegations in Paragraph 26 of Defendants KFC's and Grubhub's Counterclaims.

27. Plaintiff admits the allegations in Paragraph 27 of Defendants KFC's and Grubhub's Counterclaims.

**Counterclaim 1 – Cancellation of Registration No. 3,504,730 for Fraud**

28. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

29. Paragraph 29 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

30. Plaintiff denies the allegations in Paragraph 30 of Defendants KFC's and Grubhub's Counterclaims.

31. Plaintiff denies the allegations in Paragraph 31 of Defendants KFC's and Grubhub's Counterclaims.

32. Plaintiff denies the allegations in Paragraph 32 of Defendants KFC's and Grubhub's Counterclaims.

33. Plaintiff denies the allegations in Paragraph 33 of Defendants KFC's and Grubhub's Counterclaims.

34. Plaintiff denies the allegations in Paragraph 34 of Defendants KFC's and Grubhub's Counterclaims.

35. Plaintiff denies the allegations in Paragraph 35 of Defendants KFC's and Grubhub's Counterclaims.

36. Plaintiff denies the allegations in Paragraph 36 of Defendants KFC's and Grubhub's Counterclaims.

**Counterclaim 2 – Cancellation of Registration No. 4,0666,616 for Fraud**

37. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

38.     Paragraph 38 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

39.     Plaintiff denies the allegations in Paragraph 39 of Defendants KFC's and Grubhub's Counterclaims.

40.     Plaintiff denies the allegations in Paragraph 40 of Defendants KFC's and Grubhub's Counterclaims.

41.     Plaintiff denies the allegations in Paragraph 41 of Defendants KFC's and Grubhub's Counterclaims.

42.     Plaintiff denies the allegations in Paragraph 42 of Defendants KFC's and Grubhub's Counterclaims.

43.     Plaintiff denies the allegations in Paragraph 43 of Defendants KFC's and Grubhub's Counterclaims.

44.     Plaintiff denies the allegations in Paragraph 44 of Defendants KFC's and Grubhub's Counterclaims.

45.     Plaintiff admits the allegations in Paragraph 45 of Defendants KFC's and Grubhub's Counterclaims.

46.     Plaintiff denies the allegations in Paragraph 46 of Defendants KFC's and Grubhub's Counterclaims.

47.     Plaintiff denies the allegations in Paragraph 47 of Defendants KFC's and Grubhub's Counterclaims.

48. Plaintiff denies the allegations in Paragraph 48 of Defendants KFC's and Grubhub's Counterclaims.

**Counterclaim 3 – Cancellation of Registration No. 4,066,711 for Fraud**

49. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

50. Paragraph 50 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

51. Plaintiff denies the allegations in Paragraph 51 of Defendants KFC's and Grubhub's Counterclaims.

52. Plaintiff denies the allegations in Paragraph 52 of Defendants KFC's and Grubhub's Counterclaims.

53. Plaintiff denies the allegations in Paragraph 53 of Defendants KFC's and Grubhub's Counterclaims.

54. Plaintiff denies the allegations in Paragraph 54 of Defendants KFC's and Grubhub's Counterclaims.

55. Plaintiff denies the allegations in Paragraph 55 of Defendants KFC's and Grubhub's Counterclaims.

56. Plaintiff denies the allegations in Paragraph 56 of Defendants KFC's and Grubhub's Counterclaims.

57. Plaintiff admits the allegations in Paragraph 57 of Defendants KFC's and Grubhub's Counterclaims.

58. Plaintiff denies the allegations in Paragraph 58 of Defendants KFC's and Grubhub's Counterclaims.

59. Plaintiff denies the allegations in Paragraph 59 of Defendants KFC's and Grubhub's Counterclaims.

60. Plaintiff denies the allegations in Paragraph 60 of Defendants KFC's and Grubhub's Counterclaims.

**Counterclaim 4 – Cancellation of Registration No. 4,576,502 for Fraud**

61. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

62. Paragraph 62 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

63. Plaintiff denies the allegations in Paragraph 63 of Defendants KFC's and Grubhub's Counterclaims.

64. Plaintiff admits the allegations in Paragraph 64 of Defendants KFC's and Grubhub's Counterclaims.

65. Plaintiff denies the allegations in Paragraph 65 of Defendants KFC's and Grubhub's Counterclaims.

66. Plaintiff denies the allegations in Paragraph 66 of Defendants KFC's and Grubhub's Counterclaims.

### Counterclaim 5 – Cancellation of Registration No. 5,981,321 for Fraud

67. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

68. Paragraph 68 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

69. Plaintiff denies the allegations in Paragraph 69 of Defendants KFC's and Grubhub's Counterclaims.

70. Plaintiff admits the allegations in Paragraph 70 of Defendants KFC's and Grubhub's Counterclaims.

71. Plaintiff denies the allegations in Paragraph 71 of Defendants KFC's and Grubhub's Counterclaims.

72. Plaintiff denies the allegations in Paragraph 72 of Defendants KFC's and Grubhub's Counterclaims.

### Counterclaim 6 – Cancellation of Registration No. 5,891,321 for Mere Descriptiveness

73. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

74. Paragraph 74 of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

75. Plaintiff denies the allegations in Paragraph 75 of Defendants KFC's and Grubhub's Counterclaims.

76. Plaintiff denies the allegations in Paragraph 76 of Defendants KFC's and Grubhub's Counterclaims.

77. Plaintiff denies the allegations in Paragraph 77 of Defendants KFC's and Grubhub's Counterclaims.

78. Plaintiff denies the allegations in Paragraph 78 of Defendants KFC's and Grubhub's Counterclaims.

79. Plaintiff denies the allegations in Paragraph 79 of Defendants KFC's and Grubhub's Counterclaims.

### Counterclaim 7 Cancellation of Registration No. 5,891,321 on Alternative Basis the Purported Mark is Primarily Geographically Deceptively Misdescriptive

80. Plaintiff incorporates by reference its responses to the above paragraphs as if fully set forth in this section.

81. Paragraph 81of the Defendants KFC's and Grubhub's Counterclaims states legal conclusions in which no response is required.

82. Plaintiff denies the allegations in Paragraph 82 of Defendants KFC's and Grubhub's Counterclaims.

83. Plaintiff denies the allegations in Paragraph 83 of Defendants KFC's and Grubhub's Counterclaims.

84. Plaintiff admits the allegations in Paragraph 84 of Defendants KFC's and Grubhub's Counterclaims.

85. Plaintiff denies the allegations in Paragraph 85 of Defendants KFC's and Grubhub's Counterclaims.

86. Plaintiff denies the allegations in Paragraph 86 of Defendants KFC's and Grubhub's Counterclaims.

## Defendants' Request for Relief

Plaintiff denies that Defendants are entitled to the requested relief set forth in Defendants' Prayer and related subparagraphs.

                                                  **ADDYHART, P.C.**

February 14, 2020                   */s/ Meredith Addy*
                                                Meredith Addy (*pro hac vice*)
                                                AddyHart P.C.
                                                401 North Michigan Avenue
                                                Suite 1200-1
                                                Chicago, IL 60611
                                                (312) 834-7701
                                                meredith@addyhart.com

                                                Scott Tschirgi (ISB No. 4247)
                                                Scott A. Tschirgi, Chartered
                                                877 West Main Street, Suite 610
                                                Boise, Idaho 83702
                                                (208) 287-8200

                                                *Attorneys for Triple T Enterprises, Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRIPLE T ENTERPRISES, INC., an Idaho corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>KFC CORPORATION., a Delaware corporation, GRUBHUB INC. a Delaware corporation, and POSTMATES INC., a Delaware corporation,<br><br>      Defendants. | Case No. 1:19-cv-511-REB<br><br>**ANSWER TO COUNTERCLAIMS OF KFC AND GRUBHUB**<br><br>**Jury Trial Demanded** |
| KFC CORPORATION., a Delaware corporation and GRUBHUB INC. a Delaware corporation,<br>      Counterclaimants,<br><br>      v.<br><br>TRIPLE T ENTERPRISES, INC., an Idaho corporation,<br><br>      Counter-Defendant. | |

## CERTIFICATE OF MAILING

I hereby certify on this 14th day of February 2020, I sent Triple T's Answer to Defendants KFC and Grubhub's Counterclaims to Defendants' counsel of record by electronic mail.

15

February 14, 2020               By: */s/ Meredith Addy*
                                Meredith Addy

                                Attorney for Plaintiffs