# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) TELEPHONE STATUS CONFERENCE**

**(X) NOTICE OF HEARING:** NEXT TSC is 10:30 am/Mtn., JUNE 2, 2020,
*Ms. Grande shall initiate this call at 208-334-1495.

| | |
|---|---|
| **Judge: RONALD E. BUSH** | **Deputy Clerk/ESR: Lynette C. Case** |
| Date: 3/10/2020 | |
| CV.19-511-S-REB | |
| Boise, ID. | |
| Tape: 2:00 PM (15m) | |

**TRIPLE T. ENTERPRISES,**          **Merideth Addy/Scott Tschirgi**
Plaintiff,                                   Attorneys for Plaintiff,

vs.

**KFC CORP., et al,**          Alexandra Grande/David Armendariz,
**POSTMATES, INC.**          Daniel Mooney (shall file notice of appearance)

          Defendants.          Attorneys for Defendants.

Court reviewed the record/Plans submitted.   Parties advised Status of case. Consents due 3/27/20.

**Court shall enter its Case Management Order, as discussed on the record.**