UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRIPLE T ENTERPRISES, INC., an Idaho corporation,<br><br>   Plaintiff,<br><br>  v.<br><br>KFC CORPORATION., a Delaware corporation, GRUBHUB INC. a Delaware corporation, and POSTMATES INC., a Delaware corporation,<br><br>   Defendants. | Case No.  1:19-cv-511-BLW |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
OF ONLY DEFENDANT POSTMATES INC.**

Plaintiff Triple T Enterprises, Inc., pursuant to Rule 41(a)(1)(A)(i) hereby dismisses with prejudice all claims against Defendant Postmates Inc. in this matter, with each party to bear its own costs and attorneys' fees.  The subject case remains pending against Defendants KFC Corporation and Grubhub, Inc.

              Respectfully submitted,

April 13, 2020          /s/ Meredith Addy
               Meredith Addy
               AddyHart P.C.
               10 Glenlake Parkway
               Suite 130
               Atlanta, GA 30328
               (312) 320-4200

Scott Tschirgi (ISB No. 4247)
Scott A. Tschirgi, Chartered
877 West Main Street, Suite 610
Boise, Idaho 83702
(208) 287-8200

Attorneys for Plaintiff
Triple T Enterprises, Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Notice of Voluntary Dismissal with Prejudice of Only Defendant Postmates Inc. was filed and served by e-mail on all parties who have appeared in this case on April 13, 2020, and who have agreed to electronic services in accordance with the Court's CM/ECF system, and on counsel for Postmates, Inc..

*/s/ Meredith Addy*
Meredith Addy