William G. Barber (Admitted *Pro Hac Vice*) (TX 01713050)
bbarber@pirkeybarber.com
David E. Armendariz (Admitted *Pro Hac Vice*) (TX 24082636)
darmendariz@pirkeybarber.com
Pirkey Barber PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200

B. Newal Squyres (ISB #1621)
nsquyres@hollandhart.com
Alexandra Grande (ISB #9566)
asgrande@hollandhart.com
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:   208.343.8869

Attorneys for Defendants and Counterclaimants KFC Corporation and Grubhub Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| TRIPLE T ENTERPRISES, INC.,<br><br>     Plaintiff,<br><br>vs.<br><br>KFC CORPORATION and GRUBHUB INC.<br><br>     Defendants. | Case No. 1:19-cv-511-BLW<br><br>**JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES** |
| KFC CORPORATION and GRUBHUB INC.,<br><br>     Counterclaimants,<br><br>vs.<br><br>TRIPLE T ENTERPRISES, INC.,<br><br>     Counter-Defendant. | |

Defendants KFC Corporation and Grubhub Inc., and Plaintiff Triple T Enterprises, Inc. (collectively, the "Parties"), file this Joint Motion to Extend Expert Disclosure Deadlines requesting modification of the Court's Scheduling Order (Doc. 20) as described below.

On March 10, 2020, the Court issued a Scheduling Order, which set the deadlines for disclosure of experts and close of expert discovery as follows:

a. **Parties advancing claims** must disclose the experts intended to be called at trial on or before **September 1, 2020**.

b. **Parties defending claims** must disclose the experts intended to be called at trial on or before **October 1, 2020**.

c. **Parties advancing claims** must disclose rebuttal experts intended to be called at trial on or before **October 15, 2020**.

d. **ALL** discovery relevant to experts must be completed by: **January 28, 2021**. (Doc. 20 ¶ 7).

The Parties are diligently pursuing fact discovery in this matter. The Parties served their respective discovery requests in July and have begun the process of locating responsive documents and ESI. However, the current discovery response deadlines as agreed between the parties fall close to or after some of the current expert disclosure deadlines in the case. Thus, to ensure that each party's expert designations are based on the full complement of facts developed during fact discovery, the Parties believe it would be beneficial to postpone the deadlines in the current Scheduling Order for disclosure of experts.

Accordingly, the Parties request that this Court modify the Scheduling Order to reset the disclosure of experts and follows:

      a.      **Parties advancing claims** must disclose the experts intended to be called at trial on or before **November 2, 2020**.

      b.      **Parties defending claims** must disclose the experts intended to be called at trial on or before **December 1, 2020**.

      c.      **Parties advancing claims** must disclose rebuttal experts intended to be called at trial on or before **December 15, 2020**.

The requested modifications would not impact the trial date or other deadlines in the Scheduling Order, including the January 28, 2021 date for completion of expert discovery set forth in paragraph 7(d), or the February 21, 2021 dispositive motion deadline set forth in paragraph 1.

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties believe that good cause exists for the modifications and request that the Court enter the modified Scheduling Order.

DATED: August 31, 2020

Respectfully submitted,

*/s/ B. Newal Squyres*
B. Newal Squyres (ISB #1621)
Alexandra Grande (ISB #9566)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-5974
Telephone:  208.342.5000
Facsimile:   208.343.8869

William G. Barber (admitted pro hac vice)
David E. Armendariz (admitted pro hac vice)
Pirkey Barber PLLC
1801 East 6th Street, Suite 300
Austin, TX 78702
(512) 322-5200
bbarber@pirkeybarber.com
darmendariz@pirkeybarber.com

*Attorneys for Defendants and Counterclaimants KFC Corporation and Grubhub Inc.*

*/s/ Meredith Addy*
Meredith Addy (Admitted *Pro Hac Vice*)
AddyHart P.C.
401 North Michigan Avenue
Suite 1200-1
Chicago, IL 60611
(312) 834-7701
meredith@addyhart.com

Scott Tschirgi (ISB No. 4247)
Scott A. Tschirgi, Chartered
877 West Main Street, Suite 610
Boise, Idaho 83702
(208) 287-8200
sat@satchartered.com

*Attorneys for Triple T Enterprises, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 31st day of August, 2020, a true and correct copy of the above and foregoing document was filed through the cm/ecf system, which caused the following parties or counsel to be served by electronic means.

Scott Tschirgi
sat@satchartered.com
Scott A. Tschirgi, Chartered
877 West Main St., Suite 610
Boise, ID 83702
Attorney for Plaintiff

Meredith Addy (pro hac vice)
meredith@addyhart.com
AddyHart P.C.
401 North Michigan Avenue
Suite 1200-1
Chicago, IL 60611
Attorney for Plaintiff

                  */s/ B. Newal Squyres*
                  B. Newal Squyres

15316699_v1