Meredith Addy (*Admitted pro hac vice*)
Charles A. Pannell, III (*Admitted pro hac vice*)
ADDYHART P.C.
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
(312) 320 4200

Scott Tschirgi (ISB No. 4247)
Scott A. Tschirgi, Chartered
877 West Main Street, Suite 610
Boise, Idaho 83702
(208) 287-8200

Attorneys for Plaintiff and Counter-Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRIPLE T ENTERPRISES, INC., an Idaho corporation,<br><br>          Plaintiff,<br>   v.<br><br>KFC, CORP., a Kentucky corporation, GRUBHUB INC. a Delaware corporation,<br><br>          Defendants. | **Case No.  1:19-cv-0511-BLW** |
| KFC, CORP., a Kentucky corporation, GRUBHUB INC. a Delaware corporation,<br><br>          Counterclaimants,<br>   v.<br><br>TRIPLE T ENTERPRISES, INC., an Idaho corporation,<br><br>          Counter-Defendant. | |

## JOINT STIPLATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff/Counter-Defendant, Triple T Enterprises, Inc., and Defendants/Counterclaimants, KFC, Corp. and Grubhub, Inc. (by and through their attorneys of record) jointly stipulate that the above-entitled action and all claims and counterclaims shall be dismissed. Each party shall bear their own costs and attorney's fees.

Dated: May 18, 2021

*/s/ Meredith Addy*

Meredith Addy
(*Admitted Pro Hac Vice*)
Charles A. Pannell, III
(*Admitted Pro Hac Vice*)
**ADDYHART P.C.**
10 Glenlake Parkway, Suite 130
Atlanta, Georgia 30328
(312) 834-7701
meredith@addyhart.com
cpannell@addyhar.com

Scott Tschirgi (ISB No. 4247)
**Scott A. Tschirgi, Chartered**
877 West Main Street, Suite 610
Boise, Idaho 83702
(208) 287-8200
sat@satchartered.com

*Attorneys for Plaintiff and Counter-Defendant Triple T Enterprises, Inc.*

*/s/ William G. Barber*

William G. Barber
(*Admitted Pro Hac Vice*)
David E. Armendariz
(*Admitted Pro Hac Vice*)
**Pirkey Barber PLLC**
1801 East 6th Street, Suite 300
Austin, Texas 78702
(512) 322-5200
bbarber@pirkeybarber.com
darmendariz@pirkeybarber.com

B. Newal Squyres (ISB #1621)
Alexandra Grande (ISB #9566)
**HOLLAND & HART LLP**
800 W. Main Street, Suite 1750
Boise, Idaho 83702-5974
(208) 342-5000
nsquyres@hollandhart.com
asgrande@hollandhart.com

*Attorneys for Defendants and Counterclaimants KFC Corporation and Grubhub Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 18, 2021, a copy of the foregoing Joint Stipulation of Dismissal was filed and served via the Court's CM/ECF system on all Parties who have appeared in this case and agreed to electronic service in accordance with the Court's CM/ECF system.

/s/ *Meredith Addy*

Meredith Addy